# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Unsupervised Probation**) |
| v. | Case Number: 14-cr-00318-PAB-01 |
| MARIA ALBERTINA VELASQUEZ-SOSA<br>a/k/a Albertina Velasquez-Sosa | USM Number: 49432-280<br>Robert William Pepin, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violation 1, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law - Illegal Re-entry After Deportation Subsequent to a Felony Conviction | 03/26/14 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

October 31, 2014
Date of Imposition of Judgment

s/Philip A. Brimmer
Signature of Judge

Philip A. Brimmer, U.S. District Judge
Name & Title of Judge

November 6, 2014
Date

DEFENDANT: MARIA ALBERTINA VELASQUEZ-SOSA
CASE NUMBER: 14-cr-00318-PAB-01                                              Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of three (3) months, to be served consecutively to the sentence imposed in U.S. District Court, District of Colorado, C`ase No. 14-cr-00128-PAB-01.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

    Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                         _____
                                         UNITED STATES MARSHAL

                                         By_____
                                            Deputy United States Marshal